IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES SUBER, JR.                                                                      PLAINTIFF

VS.                                          5:11CV00305 JMM

AINSWORTH PET NUTRITION                                              DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 5th day of January, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE